**Order entered January 14, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01348-CR

### KYLE VINCENT CISNEROS-SHELBY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-81837-2017**

## ORDER

Based on the Court's opinion of this date, we **DIRECT** the Clerk to issue the mandate in

this appeal **INSTANTER.**


/s/     ROBERT D. BURNS, III
CHIEF JUSTICE